-PS-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANDREW STYLES, 87-A-4358,

       Plaintiff,

   -v-                                  DECISION AND ORDER
                                         02-CV-6515L(Fe)

GLENN S. GOORD, et al.

       Defendants.

---

By Order filed December 11, 2002, plaintiff, Andrew Styles, was granted permission to proceed *in forma pauperis* (Docket No. 7). In the May 9, 2005 Order dismissing the complaint, permission to proceed *in forma pauperis* was not withdrawn(Docket No. 36; and see Docket No. 39). No fee was required of plaintiff upon filing his Notice of Appeal (Docket No. 40). Accordingly, plaintiff's second motion for permission to proceed *in forma pauperis* (Docket No. 42) is denied as moot.

IT IS SO ORDERED.

                                                       DAVID G. LARIMER
                                                  United States District Judge

DATED: August 23, 2005
           Rochester, New York