UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANDREW STYLES,

                       Plaintiff,

                                                  DECISION AND ORDER

                                                  02-CV-6515L

                v.

GLENN S. GOORD, et al.,

                       Defendants.
_____

      Plaintiff, Andrew Styles, has once again moved for a change of venue (Dkt. #50).  I have considered all of the pleadings submitted by plaintiff in support of his application and find no basis to transfer venue.  Therefore, plaintiff's motion for a change of venue (Dkt. #50) is in all respects denied.

      IT IS SO ORDERED.

                                            _____
                                              DAVID G. LARIMER
                                          United States District Judge

Dated: Rochester, New York
       October 26, 2006.