UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANDREW STYLES,

                       Plaintiff,

                                                     <u>DECISION AND ORDER</u>

                                                      02-CV-6515L

            v.

GLEN S. GOORD, and
Superintendent DOMINIC MANTELLO,

                       Defendants.
_____

      Pursuant to the mandate of the United States Court of Appeals for the Second Circuit, this Court entered an order on October 6, 2006 (Dkt. # 49) and on January 8, 2007 (Dkt. # 52) granting plaintiff leave to file an amended complaint. Plaintiff was advised in the January 8, 2007 order that this was plaintiff's final opportunity to file an amended complaint and that if he failed to do so by February 19, 2007, the action would be dismissed.

      Plaintiff has failed to comply with the two orders of the Court and has failed to timely file an amended complaint. Therefore, the action is dismissed with prejudice.

      IT IS SO ORDERED.

                                                     _____
                                                         DAVID G. LARIMER
                                                      United States District Judge

Dated: Rochester, New York
          May 23, 2007.